UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00363-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID PAUL MOE,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. On August 21, 2012, this matter was assigned to me. Due to the fact that the Defendant taught at my grandson's school where he and I had school-related interactions, I believe it would be inappropriate for me to preside over this case. Accordingly, I find that I should recuse myself from the case. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 22, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge