# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 12-cr-00363-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **DAVID MOE**,

 Defendant.

---

## ORDER GRANTING DEFENDANT'S JOINT MOTION TO RECONSIDER

---

  This matter is before me on the Defendant's Joint Motion to Reconsider Orders Granting an Ends of Justice Continuance and Resetting Trial Date and Related Deadlines (ECF No. 57) (the "Joint Motion"), filed October 2, 2012. In the motion, the Government and the Defendant move for the Court to reconsider its Order Granting Defendant's Unopposed Motion for an Ends of Justice Continuance of Jury Trial (ECF No. 53) (the "Order"), which granted an ends of justice continuance of 120 days to begin on November 1, 2012, and the corresponding docket entry (ECF No. 54) ("Scheduling Order"), which set a trial date, trial preparation conference and motions deadlines. By way of background, Mr. Moe is charged in a Three Count Indictment with one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1), one count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1), and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2). Mr. Moe pled not guilty on August 23, 2012.

The Government and the Defendant do not request that the Court reconsider the basis upon which the Court granted the Defendant's Unopposed Motion for an Ends of Justice Continuance of Jury Trial (ECF No. 52).  Therefore, the Court FINDS that the unopposed motion for an ends of justice continuance should be granted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) for the reasons stated in the Court's Order of September 11, 2012.  Based on the reasons stated in the Court's Order of September 11, 2012, the Court FINDS that the ends of justice served by an additional 120-day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The Government and the Defendant request that the Court reconsider the start date of the 120-day exclusion of speedy trial time and the current schedule set for trial and related deadlines.  As requested by the parties, speedy trial time shall be excluded beginning on September 11, 2012, the date the Court's Order was issued.  Additionally, based on the parties' indication that a disposition may be reached in this case, at this time the Court FINDS that vacating the previously set motion schedule and expert disclosure deadlines is appropriate.  For the foregoing reasons the Court hereby ORDERS as follows:

1. The Joint Motion to Reconsider Orders Granting an Ends of Justice Continuance and Resetting Trial Date and Related Deadlines (ECF No. 57), filed October 2, 2012, is GRANTED;

2. 120 days are to be excluded beginning on September 11, 2012 for purposes of the computation of speedy trial time in this case;

3. The Motion for Leave to Restrict Document, ECF No. 55, filed October 2, 2012, is GRANTED. ECF Nos. 56 and 57 shall remain RESTRICTED at RESTRICTION LEVEL 1 until further notice of the Court;

4. The current Trial date and all current pretrial deadlines and settings are VACATED; and

5. The parties shall contact Chambers jointly by **October 15, 2012**, to set the date for a Status Conference to take place prior to January 9, 2013. During the Status Conference, the parties shall be prepared to make a record regarding any further ends of justice continuance and the setting of deadlines for pretrial motions and expert disclosures.

Dated this 11th day of October, 2012.

BY THE COURT:

William J. Martínez
United States District Judge