**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-00363-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    DAVID MOE**,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED ORAL MOTION FOR
AN ENDS OF JUSTICE CONTINUANCE AND SETTING DEADLINES
FOR REMAINDER OF CASE**

---

On December 20, 2012, the Court held a status conference regarding the progression of this action. At the hearing, defense counsel made an oral motion for an additional sixty day ends-of-justice continuance ("Motion"). The Government did not oppose the Motion. The Court granted the Motion on the record and informed the parties that it would issue an order setting forth the basis for such continuance. This Order shall set forth such rationale.

At the hearing, the parties informed the Court that the forensic investigation into the seized computers related to this action are still ongoing. The Government estimates that it will receive a report from the National Center for Missing and Exploited Children around the end of January. Once that report is received and disclosed to Defendant, defense counsel will need time to review the report, consult with her client, and determine how to proceed with this case.

The Court has previously found that the volume of discovery in this case makes it complex for purposes of 18 U.S.C. § 3161(h)(7)(B)(iv). (ECF No. 53.) Given the fact that discovery is ongoing, the Court finds that Defendant has shown that his interest in having adequate time to review discovery, prepare motions, and prepare for trial outweighs the public's interest in a speedy trial. The Court also finds that the public's interest in a speedy trial will not be subverted by granting the requested sixty day continuance and, therefore, an ends-of-justice continuance is warranted pursuant to Sections 3161(h)(7)(B)(i) and (iv). As the Court ordered at the hearing, all days between January 9, 2013[1] and March 11, 2013 are excluded from the Speedy Trial clock.

For the reasons set forth above, the Court hereby ORDERS as follows:

1. Defendant's oral motion for ends-of-justice continuance is GRANTED;

2. All days between January 9, 2013 and March 11, 2013 are EXCLUDED from the Speedy Trial clock pursuant to Section 3161(h)(7)(B)(i) and (iv); and

3. The Court hereby SETS the following schedule for the remainder of the case:

    a. All discovery motions and motions regarding the Indictment shall be filed by March 1, 2013. The Government shall respond not later than March 15, 2013.

    b. All suppression motions shall be filed by April 30, 2013. The Government shall respond by May 14, 2013.

---

[1] The Court's prior Order excluding time from the Speedy Trial clock expires on January 9, 2013. (ECF No. 58.) Therefore, defense counsel requested that the additional sixty day continuance run from January 9, 2013.

c. A five-day jury trial shall commence on June 10, 2013 at 8:00 a.m. in Courtroom A801.[2] A final trial preparation conference will be held at 11:00 a.m. on June 3, 2013. Counsel are directed to this Court's Revised Practice Standards (effective December 1, 2012) to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

Dated this 21st day of December, 2012.

BY THE COURT:

William J. Martinez
United States District Judge

---

[2] The Court notes that this trial date presumes that motions will be filed in accordance with the above time frame and which would toll the Speedy Trial clock pursuant to Section 3161(h)(1)(D). If any deadline should pass without any motions filed, the Court will have to re-examine the Speedy Trial clock and may reset the trial *sua sponte* to ensure that Defendant's right to a speedy trial is violated. Defendant's acceptance of this trial date does not constitute waiver of his right to a speedy trial.